UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN THOMAS, | ) |
| Plaintiff, | ) ) ) ) CAUSE NO.: 1:23-cv-00779-SEB-MJD |
| v. | ) ) |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, by counsel, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

Approved:

/s/ *Michael B. Cohen*
Michael B. Cohen
EDWARDS MAXSON MAG0 &
MACAULAY LLP
77 West Wacker Drive, Suite 4500
Chicago, IL 60601
**Counsel for Plaintiff**

Approved:

/s/ *Barath S. Raman*
Janelle P. Kilies, #30708-49
Barath S. Raman, #32116-49
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
**Counsel for Defendant**