UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN THOMAS, | ) |
| Plaintiff, | ) ) ) CAUSE NO.: 1:23-cv-00779-SEB-MJD |
| v. | ) ) |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | ) ) ) |
| Defendant. | ) |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, having stipulated pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismissal of this action with prejudice, it is hereby ORDERED that this action be, and hereby is, dismissed WITH PREJUDICE, each party to bear their own attorney's fees and costs.

SO ORDERED THIS  13th  DAY OF  February , 2024.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.